UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>UNITED ORNAMENTALS INC.,<br><br>                    Defendant. | Index No.: 08-CIV-0188 (SCR)<br><br>REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, United Ornamentals Inc. failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, United Ornamentals Inc. for an Order for an audit and any amounts found due pursuant to the audit which shall include interest, liquidated damages, auditors' fees, attorneys' fees and court costs and in the sum of $2,930.00 which includes attorneys' fees and court costs and disbursements for bringing this action.

Dated: Elmsford, New York
       February 14, 2008

Dana L. Henke (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiff
258 Saw Mill River
Elmsford, New York 10523
(914) 592-1515