UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY )
INSURANCE AND ANNUITY FUNDS, )
)
                        Plaintiffs, )   Index # 08-CIV-0188 (SCR)
)
-against- )   **SATISFACTION**
)   **OF JUDGMENT**
)
UNITED ORNAMENTALS INC., )
)
                        Defendant. )

-------------------------------------------------------

U.S. DISTRICT COURT FILED AUG 21 2008 S.D. OF N.Y. W.P.

WHEREAS, a default judgment was entered in the above entitled action on February 29, 2008 in the United States District Court, Southern District of New York in favor of TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS and against UNITED ORNAMENTALS INC. in the amount of $2,930.00, which Judgment was docketed on February 29, 2008 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, UNITED ORNAMENTALS INC.,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: August 20, 2008

                                                      BARNES, IACCARINO, VIRGINIA,
                                                      AMBINDER & SHEPHERD, PLLC

Sworn to before me this
20th day of August, 2008

                                                      DANA L. HENKE, ESQ.
                                                      Attorneys for Judgment Creditor
                                                      258 Saw Mill River Road
                                                      Elmsford, New York 10523
                                                      (914)592-1515

Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010